```
UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE:                                    CASE NO. 05 B 02967
  WILLIAM CASTELLO
  LORI A CASTELLO                         CHAPTER 13

                                          JUDGE: BRUCE W BLACK

        Debtor
  SSN XXX-XX-9631    SSN XXX-XX-5509
```

---

### TRUSTEE'S FINAL REPORT AND ACCOUNT

---

Glenn Stearns, Chapter 13 Standing Trustee, submits the following Final Report and Account of the administration of the estate pursuant to 11 USC 1302(b)(1).

1. The case was filed on 01/31/05 and confirmed on 05/25/05.

2. The case was dismissed after confirmation, 03/28/2008.

3. The Debtor paid a total of $ 3463.00 .

4. The Trustee made disbursements to creditors as follows:

| CREDITOR NAME | CLASS | CLAIM AMOUNT | INTEREST PAID | PRINCIPAL PAID |
|---|---|---|---|---|
| BOOKWALTER WOODS | CURRENT MORTG | .00 | .00 | .00 |
| BOOKWALTER WOODS | MORTGAGE ARRE | 1515.00 | .00 | 1164.75 |
| SFC CENTRAL BANKRUPTCY | SECURED | 500.00 | .00 | 384.40 |
| ILLINOIS TITLE LOANS | UNSECURED | 1726.18 | .00 | .00 |
| GRUNDY COUNTY COLLECTOR | UNSECURED | 661.50 | .00 | .00 |
| ASPIRE VISA | UNSECURED | 937.52 | .00 | .00 |
| ASPIRE VISA | UNSECURED | 2248.37 | .00 | .00 |
| ROUNDUP FUNDING LLC | UNSECURED | 1159.42 | .00 | .00 |
| COTTONWOOD FINANCIAL LTD | UNSECURED | 1778.50 | .00 | .00 |
| COLLECTION PROFESSIONALS | UNSECURED | 309.11 | .00 | .00 |
| HICKS GAS | UNSECURED | NOT FILED | .00 | .00 |
| MARK A KIJEK MD | UNSECURED | NOT FILED | .00 | .00 |
| MINNESOTA MUTUAL | UNSECURED | NOT FILED | .00 | .00 |
| CREDITORS DISCOUNT & AUD | UNSECURED | 2922.65 | .00 | .00 |
| PLATINUM PLUS | UNSECURED | NOT FILED | .00 | .00 |
| PROGRESSIVE INSURANCE | UNSECURED | NOT FILED | .00 | .00 |
| PROVENA | UNSECURED | NOT FILED | .00 | .00 |
| PROVIDIAN | UNSECURED | 1037.54 | .00 | .00 |
| MORRIS HOSPITAL | UNSECURED | 598.00 | .00 | .00 |

| CREDITOR NAME | CLASS | CLAIM AMOUNT | INTEREST PAID | PRINCIPAL PAID |
|---|---|---|---|---|

Summary of disbursements:

| | SECURED | PRIORITY | UNSECURED | OTHER | TOTAL |
|---|---|---|---|---|---|
| TOTAL CLMS ALLOWED | 2015.00 | .00 | 13378.79 | .00 | 15393.79 |
| PRINCIPAL PAID | 1549.15 | .00 | .00 | .00 | 1549.15 |
| INTEREST PAID | .00 | .00 | .00 | .00 | .00 |
| TOTAL PAID | 1549.15 | .00 | .00 | .00 | 1549.15 |

The Debtor's attorney, LEGAL HELPERS PC          , was allowed $   2700.00 and was paid $    400.00   direct and $   1771.54   through the plan.

The Trustee received $    142.31 .

Refunds to the Debtor totaled $        .00 .

   Wherefore, the Trustee requests an order be entered discharging the Trustee and the surety on his bond from any further liability in this case.


Dated: 06/23/08                    /S/
                                   GLENN STEARNS
                                   CHAPTER 13 TRUSTEE